## 62536. TAYLOR v. THE STATE.

QUILLIAN, Chief Judge.

Having been found guilty of an attempt to commit burglary, the defendant appeals. *Held:*

Applying the standard of Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560), the evidence was sufficient so that a rational jury could have found the defendant guilty beyond a reasonable doubt.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED OCTOBER 6, 1981.

*Timothy J. Warfel,* for appellant.
*H. Lamar Cole, District Attorney, James B. Thagard, Assistant District Attorney,* for appellee.